JOHN RODZBORSKI, Appellant, *v.* AMERICAN SUGAR REFINING COMPANY, Respondent.

*Rodzborski* v. *American Sugar Refining Co.*, 172 App. Div. 894, appeal dismissed,

(Submitted November 12, 1917; decided November 20, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 24, 1915, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

The motion was made upon the ground of failure to file the required undertaking and otherwise perfect the appeal.

*Bertrand L. Pettigrew* for motion.

*Francis A. McCloskey* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.